NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re: BOTTOMLINE TECHNOLOGIES, INC.,**
*Appellant*

_____

2022-1948

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/246,076.

_____

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

November 3, 2022
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** November 3, 2022